**No. 47874.**—Protest 20085–K of N. Y. Merchandise Co., Inc. (New York.)

Opinion by TILSON, J. In accordance with stipulation of counsel that the brass shells in question are similar to those the subject of *New York Merchandise Co.* v. *United States* (8 Cust. Ct. 209, C. D. 607) they were held dutiable as articles having as an essential feature an electrical element or device at 25 percent under paragraph 353 and T. D. 49753.

**No. 47875.**—Protests 962813–G, etc., of Albert Eckstein & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47291 the hats or hoods in question were held dutiable under paragraph 1504 (b) (1) as claimed.

BEFORE THE THIRD DIVISION, JANUARY 4, 1943

**No. 47876.**—Protests 13755–K, etc., of Pacific Trading Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the claim at 10 percent under paragraph 1558 was sustained.

**No. 47877.**—Protests 54755–K, etc., of M. Otani Co., Ltd., et al. (Honolulu).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the claim at 10 percent under paragraph 1558 was sustained.

**No. 47878.**—Protests 70512–K, etc., of Fred C. Reynolds, Inc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the frogs' legs in question were held dutiable at 10 percent under paragraph 1558 as claimed.

**No. 47879.**—Protests 86698–K, etc., of Chesebro Robbins & Graham, Inc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the frozen frogs' legs in question are similar to those the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610), the claim that they are dutiable at 10 percent under paragraph 1558, less 20 percent under T. D. 47232, was sustained.